UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Willow Knolls Limited Partnership, ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | | Case No. 11-1405 |
| ) | | |
| Quizbiz Inc., Richard E. Hansen, and ) | | |
| Sharon R. Hansen, ) | | |
| Defendant ) | | |

**ORDER**

Defendants have removed this case from the Circuit Court of Peoria County on the basis of diversity jurisdiction. The Notice of Removal states that plaintiff, Willow Knolls Limited Partnership, has its main office located in Indianapolis, Indiana. The Notice goes on to state that to the best of Defendants' knowledge, Plaintiff "does not have a general partner with citizenship in Illinois."

For diversity of citizenship purposes, a general partnership is a citizen of the state of each partner's citizenship. See Carden v. Arkoma & Assoc., 494 U.S. 185(1990); Cosgrove v. Bartolotta, 150 F.3d 729, 731(7th Cir. 1998); Bond v. Veolia Water Indianapolis, LLC 571 F.Supp.2d 905, 910 (S.D.Ind.2008).

The burden is on the removing party to establish this Court's jurisdiction over the subject matter of the dispute. Oshana v. Coca-Cola Co., 472 F.3d 506, 511 (7th Cir. 2006). The Defendants have failed to meet that burden. They are therefore directed to supplement, within 14 days, their jurisdictional statement, identifying the partners in the Plaintiff and the citizenship of each. Plaintiff shall cooperate in providing this information to Defendant.

ENTERED ON  November 8, 2011

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE